FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CALEB HAULET,

                Plaintiff,

-vs-

CORTES AUTO GROUP, INC, *a Washinton Corporation doing business as Cortes Nissan*

                Defendant.

No.   2:25-CV-00092-JAG

ORDER DISMISSING CASE WITH PREJUDICE

    Pending before the Court is Plaintiff's Notice of Voluntary Dismissal. ECF No. 7. Based on the Notice, **IT IS HEREBY ORDERED** pursuant to Fed. R. Civ. P. 41 that all claims by and between Plaintiff and Defendants filed in the above entitled action are hereby **dismissed with prejudice** without an award of costs or attorneys' fees to any Party.

    The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

    DATED September 22, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING CASE WITH PREJUDICE - 1